UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

RONALD MEEKER                                                        PLAINTIFF

VS.                     CASE NO. 4:08CV00429 JLH

JUDY BURNS, STEPHEN ELLIS,                              DEFENDANTS
NATHAN ELLIS, CHARLES ELLIS
JOHN DOES 1-10 and ABC, Inc. 1-10

**COMPLAINT**

This case assigned to District Judge _____
and to Magistrate Judge _____

Comes the Defendant, Ronald Meeker, by and through counsel, and for his Complaint against Defendants states as follow:

1. This is a breach of contract suit in which plaintiff seeks monetary damages from Defendants in excess of $75,000.00.

2. The parties are citizens of different states of the United States with one or more parties residing in the Philippines. All parties are citizens of the United States of America. Based on the residences and domiciles of the parties, jurisdiction of this court is proper pursuant to 28 U.S.C. §1332(a)(1).

3. Venue is proper with this court pursuant to 28 U.S.C. §1391(a)

4. The contract at issue is governed by the law of Arkansas.

5. Plaintiff, Ronald Meeker, is a citizen and domiciliary of Warren County, Indiana. His address is P.O. Box 263 Covington, Indiana 47932.

6. Defendant Judy Burns is a citizen and domiciliary of Pulaski County, Arkansas. Her address is 7 Patricia Lane, Little Rock, AR 72205.

7. Defendant Charles Ellis, M.D. is a citizen and domiciliary of Valdez Cordova County, Alaska. His address is 602 Chase Avenue, Cordova, Alaska, 99574.

8. Defendant Nathan Ellis is a citizen of the United States believed to be residing on the island of Mindanao in the Republic Of The Philippines.

9. Defendant Stephen Ellis is a citizen and domiciliary of Utah County, Utah and is believed to be residing in the city of Springville.

10. John Does 1-10 and ABC, Inc. 1-10 are defendants whose identities are unknown but whose existence is supported by inferences reasonably drawn from the facts of this case. They are believed to have engaged in conduct to aid one or more of the named Defendants' efforts to breach the contract between the named parties. Plaintiff believes these unknown parties are actively working against the contractual interests of the Plaintiff by helping Defendants convert items to be shared as set forth in Plaintiff's contract into currency and helping to conceal the value of same from Plaintiff.

11. Plaintiff has invested money directly or otherwise obtained a contractual interest with Defendant Nathan Ellis in exchange for a return on a speculative venture.

12. In addition to the return, the terms of the investment called for updates on the progress of the venture, access to financial records concerning the ongoing operations of the venture and accessibility of Nathan Ellis for reasonable and necessary communication regarding the venture.

13. Nathan Ellis has failed to abide by these terms and is believed to have converted some portion of funds invested by Plaintiff and/or other parties in interest for use on matters unrelated to his bargain with Plaintiffs.

14. Defendant Stephen Ellis, brother of Charles Ellis, is believed to have taken approximately one half of the funds invested by or on behalf of the Plaintiff and converted them for uses other than those agreed to in the contract. He is further believed to have done so at the request of or in collusion with one or more of his co defendants.

15. Defendant Judy Burns was initially situated similarly to Plaintiff in that she advanced funds for the venture in exchange for a defined interest in its outcome.

16. Since that initial investment however, Ms. Burns has sought to enlarge her personal share of proceeds from the venture to the mutual disadvantage of Plaintiff.

17. In addition to seeking a larger portion of the total return for herself, Defendant Burns, along with the other named Defendants, is believed to be seeking to conceal the true value of the venture from Plaintiff.

18. The named defendants, along with one or more defendants whose identities are unknown, are seeking to conceal the quantity of items on hand and also to covertly change their form so they can be converted into cash or other valuable form without the knowledge of the Plaintiff.

19. Further, the Defendants seek to take the value obtained for said items with the intent of not paying Plaintiff the portion of that value to which he is entitled pursuant to the contract.

20. Plaintiff requests a jury trial.

WHEREFORE, Plaintiff pray for judgment against Defendants individually and jointly in an amount exceeding the amount required for federal jurisdiction in diversity of citizenship cases, for costs and attorneys fees of this action and for all other proper legal and equitable relief.

Respectfully Submitted,

*[signature]*

Steven R. Smith, ABN 91177
Attorney for Plaintiff
#8 Shackleford Plaza, #308
Little Rock, AR 72211
(501) 228-4419
Fax: (501) 224-8217

ssmithlr@netzero.net