## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| RONALD MEEKER and<br>RUSSELL MOORE | PLAINTIFFS |
| v.  No. 4:08CV04219 JLH | |
| NATHAN ELLIS; CHARLES ELLIS;<br>JOHN DOES 1-10; and DOE CORPORATION 1-10 | DEFENDANTS |

### ORDER

Judy Burns has filed a motion to quash a subpoena issued in the captioned matter. Plaintiffs have notified the Court that they are withdrawing the subpoena. Therefore, the motion to quash is denied as moot. Document #40.

IT IS SO ORDERED this 3rd day of September, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE