IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RONALD MEEKER                                                                               PLAINTIFFS
and RUSSELL MOORE

v.                                      NO. 4:08CV04219 JLH

NATHAN ELLIS
and CHARLES ELLIS                                                                          DEFENDANTS

## ORDER

Pending before the Court is plaintiffs' Motion for Continuance of Trial to Complete Discovery. Document #69. The motion is denied. The jury trial will begin at *9:15 a.m. on WEDNESDAY, APRIL 7, 2010*, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse. Counsel are to be present *thirty minutes prior to trial*.

Plaintiffs are directed to file their pretrial disclosure sheet by Tuesday, March 30, 2010. Jury instructions will be due by Wednesday, March 31, 2010. Counsel should refer to paragraph number 8 of the Final Scheduling Order for specific requirements.

IT IS SO ORDERED this 25th day of March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE