## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RONALD MEEKER                                                                                    PLAINTIFFS
and RUSSELL MOORE

v.                                      NO. 4:08CV04219 JLH

NATHAN ELLIS
and CHARLES ELLIS                                                                                 DEFENDANTS

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 45 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 2nd day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE