IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RONALD MEEKER and                                                                                    PLAINTIFFS
RUSSELL MOORE

v.                                          No. 4:08CV04219 JLH

NATHAN ELLIS; CHARLES ELLIS;
JOHN DOES 1-10; and DOE CORPORATION 1-10                                              DEFENDANTS

**ORDER**

After having been notified that a settlement had been reached in this matter, the Court dismissed this action on April 2, 2010, but retained jurisdiction for 45 days to vacate the order and reopen the action if it were satisfactorily shown that the settlement had not been completed. On April 9, 2010, the Court granted a motion to extend the time that the Court retained jurisdiction up to and including June 16, 2010. The Court later granted another motion to extend the time that the Court would retain jurisdiction. On May 27, 2010, the Court scheduled a hearing for June 29, 2010, and stated that it would retain jurisdiction up to and including the date of the hearing. On June 29, 2010, the Court conducted a hearing and then entered an order granting the motion to enforce the settlement agreement on terms to which the parties agreed at the hearing. The Court did not retain jurisdiction after that date.

The plaintiffs have now filed another motion to enforce the settlement agreement. Because the Court did not retain jurisdiction past June 29, 2010, the motion is denied. Document #88.

IT IS SO ORDERED this 6th day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE